UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> D-1 DARON BUFORD, <br><br> Defendant. | 20-CR-20421 <br><br> ORDER GRANTING MOTION FOR ARREST WARRANT <br><br> HON. LAURIE J. MICHELSON |

The Court, having reviewed the Motion for Arrest Warrant and to Revoke Bond (ECF No. 25), hereby GRANTS the Motion for the reasons stated therein.

IT IS SO ORDERED.

BY THE COURT:

/s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: May 26, 2023